In the Matter of the Claim of CHARLES CAWEIN, Respondent, against ORANGE COUNTY TELEPHONE COMPANY et al., Appellants, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 12, 1949; decided March 3, 1949.

*Urban S. Mulvehill* and *E. C. Sherwood* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.